IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-13-599 |
| | § § § | |
| SERGIO MOLINA BECERRA, *et al.* | § | |

# O R D E R

Defendant Carlos Zuniga filed a motion for continuance, (Docket Entry No . 31). The government and codefendants are unopposed to the motin. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | March 3, 2014 |
| Responses are to be filed by: | March 17, 2014 |
| Pretrial conference is reset to**:** | **March 24, 2014 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **March 31, 2014 at 9:00 a.m.** |

SIGNED on December 20, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge